OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
4/15/2015 **PRIVATE USE**



02 1R
0002003152
$ 00.26⁵
APR 20 2015

HUCKEL, JESSIE ALAN   Tr. Ct. No. W10-33709-L (B)ED FROM ZIP WR-78,518-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

Paroled 12-5-14

JESSIE ALAN HUCKEL
POWLEDGE UNIT - TDC # 1760219
1400 FM 3452
PALESTINE, TX  75882

**UTF**

AVRS3B  75882